# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDREW D. WETZEL

NO. 2021 KW 0286

MAY 10, 2021

---

In Re:    Andrew D. Wetzel, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          472,552.

---

**BEFORE:    McDONALD, HOLDRIDGE, AND CHUTZ, JJ.**

   **WRIT DENIED.** The record of the St. Tammany Parish Clerk of
Court's Office shows the application for postconviction relief
was filed on March 9, 2021.  Relator filed this request for
mandamus relief only two days after he filed his pleading in the
district court.  This court will not intervene in a proceeding
where the applicant has not allowed sufficient time for the
district court to respond.

**JMM**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT